

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00258-CR

**EX PARTE** Luis Miguel Ramirez **PEREZ**

From the County Court, Kinney County, Texas
Trial Court No. 10366CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his reply brief is GRANTED. Appellant's reply brief is due September 26, 2022.

It is so **ORDERED** on this 31st day of August, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court